```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                            EASTERN DIVISION
```

In re:                          ) CASE NO: 11-42323-399  Chapter 13
      THOMAS ALLEN GAVAGAN      )
                                ) Trustee's Objection to Confirmation
      REGINA GAVAGAN            )
                                ) Original confirmation hearing
                     Debtor(s)  ) set for May 18, 2011 10:00 AM

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Debtor proposes to make payments other than home mortgage or mobile home payments outside the plan. 11 U.S.C. Secs. 1322 & 1325
2. Proposed plan payment does not constitute debtor's best effort to repay creditors. 11 U.S.C. Secs. 1325(a)(3) & (b)(1)(B)
3. The plan provides for interest to secured creditors at a rate other than that determined by the Clerk under Local Rule 3015-3(E).
4. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   SCHEDULES D AND G DIFFER AS TO WHETHER LEXUS IS SECURED DEBT OR A LEASE.
5. A.RE #2 PER DEBTOR B22C PLAN MUST GUARANTEE $55,243.
   B.RE #1 STUDENT LOANS ON SCHEDULE J.
   C.RE #3 SEE 5C.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

```
                                        /s/ John V. LaBarge, Jr.
KLW-351                                 --------------------------------
                                        John V LaBarge Jr
Copy served on the following either     Chapter 13 Trustee
through the Court's ECF system or by    P.O. Box 430908
ordinary mail on April 14, 2011      :  St. Louis, MO 63143   (314) 781-8100
                                        trust33@ch13stl.com   Fax:(314) 781-8881

GOLDBERG LAW FIRM LLC
6901 GRAVOIS AVE
ST LOUIS MO  63116


THOMAS ALLEN & REGINA GAVAGAN
6 GRELLNOR PLACE
MANCHESTER MO  63011
```